THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221
Attorney for Defendant
**ARTAVIOUS WRIGHT**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARTAVIOUS WRIGHT,<br><br>Defendant. | Case No. 2:17-CR-00124-8-JAD-GWF |

### STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between **ROBERT KNIEF, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for ARTAVIOUS WRIGHT; that Defendant be allowed to travel to out of Nevada for Family Court under the following conditions:

1. That Mr. Wright be allowed to leave Las Vegas on Thursday, September 7, 2017 and fly to Memphis, Tennessee. Mr. Wright will then immediately drive to Blytheville, Arkansas.

2. That Mr. Wright will attend his family court appearance on Friday, September 8, 2017. See attached letter from Attorney Bill E. Bracey, Jr.

3. That Mr. Wright will return to Las Vegas on Sunday, September 10, 2017.

**DATED** this 5th day of September, 2017

/S/
**THOMAS F. PITARO**
Nevada Bar No. 1332
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Attorney for Defendant
**ARTAVIOUS WRIGHT**

/S/
**ROBERT KNIEF, ESQ.**
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

**IT IS SO ORDERED.**

Dated this 13th day of September, 2017

~~DISTRICT COURT JUDGE~~
Cam Ferenbach
United States Magistrate Judge

-1-

# BILL E. BRACEY, JR.
ATTORNEY AT LAW
420 PARK STREET
BLYTHEVILLE, ARKANSAS 72315

---

(870) 763-7003 OFFICE
(870) 763-2880 TELEFACSIMILE
braceylaw@yahoo.com EMAIL

September 5, 2017

*<u>Via Email</u>*

Tom Pitaro
C/O Michael Miceli
Email: michaeljmiceli@gmail.com

   RE: *Artavious Wright vs. Elizabeth Nguyen; Circuit Court of Mississippi County; Chickasawba District; Domestic Relations Division; Case No. 47B-DR-16-316*

Dear Sir:

Please be advised that Artavious Wright is scheduled to appear in Court in the above captioned case on Friday, September 8, 2017 at 9:30 a.m. in Blytheville, Arkansas

If you have any questions please fax, email or call this office.

          Very Truly,
          Bill E. Bracey, Jr., Esq.

BEBJr/lb             By: *(signature)*
                Lori Boesen, Paralegal