THOMAS F. PITARO, ESQ.
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ARTAVIOUS WRIGHT**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**ARTAVIOUS WRIGHT**,<br><br>　　　　Defendant. | Case No.  2:17-CR-00124-8-JAD-GWF |

### EMERGENCY STIPULATION AND ORDER

**IT IS HEREBY STIPULATED AND AGREED**, by and between **ROBERT KNIEF**, **ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for ARTAVIOUS WRIGHT; that Defendant be allowed to travel to out of Nevada for Thanksgiving under the following conditions:

1. That Mr. Wright be allowed to leave Las Vegas on Friday, November 17, 2017 and fly to Memphis, Tennessee.

2. That Mr. Wright will return to Las Vegas on Friday, November 24, 2017.

3. That Counsel has spoken to AUSA Robert Knief and he has no objections for Defendant travel.

4. That Mr. Wright will inform Pretrial Services of travel and abide by all of their imposed conditions.

**DATED** this 16th day of November, 2017

/S/ _____          /S/ _____
**THOMAS F. PITARO**                 **ROBERT KNIEF, ESQ.**
Nevada Bar No. 1332                  Assistant United States Attorney
601 Las Vegas Blvd. South            501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada  89101             Las Vegas, NV 89101
Attorney for Defendant
**ARTAVIOUS WRIGHT**

**IT IS SO ORDERED**.

_/s/ George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

Dated: November 17, 2017