DAYLE ELIESON
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, NV 89101
(702) 388-6336

UNITED STATES DISTRICT COURT
District of Nevada

| | |
|---|---|
| UNITED STATES OF AMERICA,)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Artavious Wright )<br>Defendant | Case No. 2:17-CR-00124-JAD-GWF-8<br><br>PETITION FOR ACTION<br>ON CONDITIONS OF<br><u>PRETRIAL RELEASE</u> |

Attached hereto and expressly incorporated herein is a Petition for Action on Conditions of Pretrial Release concerning the above-named defendant prepared by <u>Kelly A. Bowen</u> U. S. Pretrial Services Officer. I have reviewed that Petition and believe there is sufficient credible evidence which can be presented to the Court to prove the conduct alleged, and I concur in the recommended action requested of the Court.

Dated this 26th day of June, 2018.

                                                                                     DAYLE ELIESON
                                                                                    United States Attorney

                                                                                    By   /S/
                                                                                        ROBERT KNIEF
                                                                                        Assistant U. S. Attorney

# UNITED STATES DISTRICT COURT
## for the
# DISTRICT OF NEVADA

U.S.A. vs. Artavious Wright                     Docket No. 2:17CR00124-JAD-GWF-8

Petition for Action on Conditions of Pretrial Release

COMES NOW KELLY A. BOWEN, UNITED STATES PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Artavious Wright, who was placed under pretrial release supervision by Your Honor on July 28, 2017, on a Personal Recognizance Bond with the following conditions:

1. Pretrial Services Supervision.
2. The defendant shall surrender any passport and/or passport card to U.S. Pretrial Services or the supervising officer.
3. The defendant shall report any lost or stolen passport or passport card to the issuing agency as directed by Pretrial Services or the supervising officer within 48 hours of release.
4. The defendant shall not obtain a passport or passport card.
5. The defendant shall abide by the following restrictions on personal association, place of abode, or travel: Travel is restricted to Clark County, NV
6. The defendant shall maintain residence at current residence and may not move prior to obtaining permission from the Court, Pretrial Services or the supervising officer.
7. The defendant shall maintain or actively seek lawful and verifiable employment and notify Pretrial Services or the supervising officer prior to any change.
8. The defendant shall avoid all contact directly or indirectly with co-defendant(s) unless it is in the presence of counsel.
9. The defendant shall submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system and/or any form of prohibited substance screening or testing. The defendant shall refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which is/are required as a condition of release.
10. The defendant shall pay all or part of the cost of the testing program based upon his/her ability to pay as Pretrial Services or the supervising officer determines.
11. The defendant shall refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
12. The defendant shall not be in the presence of anyone using or possessing a narcotic drug or other controlled substances.

**Respectfully presenting petition for action of Court and for cause as follows:**

On the following dates the defendant failed to appear to provide a drug test: August 13, 2017; September 19, 2017; January 5, 2018; February 18, 2018; April 16, 2018; and May 19, 2018. On the following dates the defendant stalled when asked to provide a sample for a drug test: October 12, 2017; June 12, 2018; and June 17, 2018.

On February 22, 2018, Pretrial Services discovered the defendant moved his residence without prior permission or approval.

On April 17, 2018, Mr. Wright advised Pretrial Services he moved residences a second time without prior permission or approval.

On June 9, 2018, the defendant was arrested by Las Vegas Metropolitan Police and charged with Obstructive Use of Public Sidewalk and did not report contact with law enforcement to Pretrial Services until June 13, 2018.

**PRAYING THAT THE COURT WILL ORDER A SUMMONS BE ISSUED BASED UPON THE INFORMATION OUTLINED ABOVE. FURTHER, THAT A HEARING BE HELD TO SHOW CAUSE WHY PRETRIAL RELEASE SHOULD NOT BE REVOKED.**

| ORDER OF COURT | I declare under penalty of perjury that the information herein is true and correct. |
|---|---|
| Considered and ordered this 26th day of June 2018, and ordered filed and made a part of the records in the above case. | Executed on this 26th day of June 2018. |
| | Respectfully Submitted, |

Honorable Cam Ferenbach
U.S. Magistrate Judge

Kelly A. Bowen
U.S. Pretrial Services Officer
Place: Las Vegas, Nevada