# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>ARTAVIOUS WRIGHT,<br><br>　　　　　　Defendant. | 2:17-cr-00124-JAD-GWF<br><br>**ORDER** |

Before the Court is the parties' Stipulation and Order to Modify Pretrial Release (ECF No. 218).

Only plaintiff signed the stipulation. The stipulation is missing the signature of Mr. Knief.

Accordingly,

IT IS HEREBY ORDERED Stipulation and Order to Modify Pretrial Release (ECF No. 218) is DENIED without prejudice.

DATED this 6th day of December, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE