**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ARTAVIOUS WRIGHT**

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**ARTAVIOUS WRIGHT**,

    Defendant.

Case No. 2:17-CR-00124-8-JAD-GWF

### STIPULATION AND ORDER MODIFY PRETRIAL RELEASE

**IT IS HEREBY STIPULATED AND AGREED**, by and between **ROBERT KNIEF, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for ARTAVIOUS WRIGHT**;** that Defendant's pretrial release conditions be modified as follows:

1. That Mr. Wright be allowed to travel out of the District of Nevada upon approval and authorization of Pretrial Services.

2. That Mr. Wright must abide by all conditions imposed by Pretrial Services on such travel.

3. That Counsel has spoken to AUSA Robert Knief and he has no objections to modify Defendant Pretrial Release for travel out of Nevada .

-1-

4. That Counsel has spoken to Pretrial Officer Bowen and she has no objections to modify conditions of release for travel.

DATED this 29$^h$ day of November, 2018.

/S/
**THOMAS F. PITARO**
Nevada Bar No. 1332
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
Attorney for Defendant
**ARTAVIOUS WRIGHT**

/S/ .
**ROBERT KNIEF, ESQ.**
Assistant United States Attorney
501 Las Vegas Blvd. South,
Suite 1100
Las Vegas, NV 89101

**IT IS SO ORDERED**.

DATED this 10th day of December, 2018.

_____
Cam Ferenbach
United States Magistrate Judge