**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ARTAVIOUS WRIGHT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>**ARTAVIOUS WRIGHT**,<br><br>　　　　　Defendant. | Case No. 2:17-CR-00124-8-JAD-GWF |

## **STIPULATION AND ORDER TO CONTINUE SENTENCING**

**IT IS HEREBY STIPULATED AND AGREED**, by and between **ROBERT KNIEF, ESQ.**, Assistant United States Attorney, counsel for the United States of America, and **THOMAS F. PITARO, ESQ.**, counsel for ARTAVIOUS WRIGHT**;** that the Sentencing Hearing currently scheduled for June 17, 2019, at 10:0 a.m., be vacated and reset or a date and time convenient to the court, but no earlier than 30 days.

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is out of custody and is compliant with Pretrial Release.

3. Counsel has spoken to AUSA Robert Knief and he does not oppose to the continuance.

4. Defense Counsel is requesting additional time to review the Presentence Investigation Report and investigate Defendant's criminal history.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

**DATED** this 14th day of June 2019.

| | |
|---|---|
| /S/ | /S/ . |
| **THOMAS F. PITARO** | **ROBERT KNIEF, ESQ.** |
| Nevada Bar No. 1332 | Assistant United States Attorney |
| 601 Las Vegas Blvd. South | 501 Las Vegas Blvd. South, |
| Las Vegas, Nevada 89101 | Suite 1100 |
| Attorney for Defendant | Las Vegas, NV 89101 |
| **ARTAVIOUS WRIGHT** | |

**THOMAS F. PITARO, ESQ.**
Nevada Bar No. 1332
**PITARO & FUMO CHTD.**
601 Las Vegas Blvd. South
Las Vegas, Nevada 89101
(702) 382-9221 (702) 474-4210 fax
email: kristine.fumolaw@gmail.com
Attorney for Defendant
**ARTAVIOUS WRIGHT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Case No. 2:17-CR-00124-8-JAD-GWF |
| Plaintiff, | |
| vs. | |
| **ARTAVIOUS WRIGHT**, | |
| Defendant. | |

## FINDINGS OF FACT

1. Counsel for defendant has spoken to defendant and he has no objection to the request of continuance.

2. Defendant is out of custody and is compliant with Pretrial Release.

3. Counsel has spoken to AUSA Robert Knief and he does not oppose to the continuance.

4. Defense Counsel is requesting additional time to review the Presentence Investigation Report and investigate Defendant's criminal history.

5. Denial of this request for continuance could result in a miscarriage justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing until a date and time convenient to the court.

This is the first request for continuance filed herein.

## **CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for Sentencing Hearing.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## **ORDER**

IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for June 17, 2019, at 10:00 a.m., be continued to August 8, 2019, at the hour of 10:00 a.m.

DATED this 17th day of June, 2019.

_____
**DISTRICT COURT JUDGE**